# EXHIBIT A



# South Carolina
# Department of Insurance

**NIKKI R. HALEY**
Governor

Capitol Center
1201 Main Street, Suite 1000
Columbia, South Carolina 29201

**RAYMOND G. FARMER**
Director

Mailing Address:
P.O. Box 100105, Columbia, S.C. 29202-3105
Telephone: (803) 737-6160

September 12, 2016

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY
412 Mt. Kemble Avenue, Suite 300C
Morristown, NJ 07960

Dear Sir:

On September 12, 2016, I accepted service of the attached Summons and Complaint on your behalf. I am, hereby, forwarding that accepted process on to you pursuant to the provisions of S.C. Code Ann. § 38-5-70. By forwarding accepted process on to you, I am meeting a ministerial duty imposed upon me by S.C Code Ann. § 15-9-270. I am not a party to this case. The State of South Carolina Department of Insurance is not a party to this case. It is important for you to realize that service was effected upon your insurer on my date of acceptance for service.

**You must promptly acknowledge in writing your receipt of this accepted process to sdubois@doi.sc.gov.** When replying, please refer to File Number 163491, Senn Freight Lines, Inc. v. SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY, 2016CV3610101067.

By:

*David E. Belton*

David E. Belton
Senior Associate General Counsel
(803)737-6132

Sincerely Yours,

Raymond G. Farmer
Director
State of South Carolina
Department of Insurance

Attachment

CC:    Danny Senn
       Post Office Box 1191
       Newberry, SC    29108

STATE OF SOUTH CAROLINA )
COUNTY OF NEWBERRY )    2016CV3616101007
 )    CIVIL CASE NUMBER
 )
 )    IN THE MAGISTRATE'S COURT
 )    AFFIDAVIT OF SERVICE
 )    **SUMMONS AND COMPLAINT**

Senn Freight Lines, Inc.
P.O. Box 1191

Newberry, SC 29108
(803) 321-1611
PLAINTIFF(S)

Vs

Southwest Marine And General
Insurance Company
8601 Scottsdale Road, Suite 300

Scottsdale, AZ 85253
DEFENDANT(S)

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn says that (s)he served the _____ in this action
(Describe document(s) served)

on _____ by delivery to
(Name of party served)

☐ _____ personally;
(Name of party served)

_____ the _____ of the party served,
(Name of person served)        (Note relationship to party)

and a person of discretion residing at the residence of the party served;

_____ the _____ of _____
(Name of person served)        (Title)        (Name of corporate party served)

and leaving with ☐(him) ☐(her) a copy at _____
(Street address)

_____ _____ County, South Carolina,
(City or Town)        County

_____ at _____ o'clock

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so.  The process is returned unexecuted.

Sworn to and Subscribed before me )
this _____ day of _____ , 20 _____ ) _____
 )        Signature of Deponent
 )
_____ ) Entered in the Sheriff's Service Book on _____
Notary Public for South Carolina ) Book _____ Page _____ Number _____
My Commission expires _____ )

Return to:
**Newberry Central Traffic Court**
**3239 Louis Rich Drive**
**Newberry, SC  29108**
Phone: (803) 321-2144
Fax: (803) 321-2172

MV65

| | |
|---|---|
| STATE OF SOUTH CAROLINA | ) |
| | ) |
| COUNTY OF NEWBERRY | ) |
| | ) |

<u>2016CV3610101067</u>
CIVIL CASE NUMBER

**IN THE MAGISTRATE'S COURT**

**SUMMONS**

Senn Freight Lines, Inc.
P.O. Box 1191
Newberry, SC 29108
(803) 321-1611
_____
PLAINTIFF(S)

Vs

Southwest Marine And General
Insurance Company
8601 Scottsdale Road, Suite 300
Scottsdale, AZ 85253
_____
DEFENDANT(S)

### TO THE DEFENDANT(S) NAMED ABOVE: SEE ATTACHED

**YOU ARE SUMMONED** and required to answer the allegations of the attached complaint and present any appropriate counterclaims/crossclaims to the attached Complaint within THIRTY days from the first day after receipt of this summons.  Your Answer must be received by the:

Newberry Central Traffic Court
3239 Louis Rich Drive
Newberry, SC 29108
Phone: (803) 321-2144
Fax: (803) 321-2172

If you fail to answer within the prescribed time, a judgment by default may be rendered against you for the amount or other remedy requested in the attached complaint, plus interest and costs.  **If you desire a jury trial, you must request one in writing at least five (5) working days prior to the date set for trial.**  If no jury trial is timely requested, the matter will be heard and decided by the Judge.

Given under my hand:

_____
JUDGE

## READ ATTACHED INSTRUCTIONS CAREFULLY

September 6, 2016

MV38   SCCA/700 (Amended 12/2015)

CIVIL CASE NUMBER

IN THE MAGISTRATE'S COURT

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF NEWBERRY         )

SENN FREIGHT LINES, INC .                    )
                          PLAINTIFF           )
P. O. BOX 1191, HWY 34 – 121                  )
                     STREET ADDRESS )
NEWBERRY             SC          29108 )
CITY                 STATE    ZIP CODE )         COMPLAINT
                     803 - 321 – 1611          )
                     TELEPHONE                 )
VS.                                            )

SOUTHWEST MARINE AND GENERAL   INSURANCE COMPANY )
                          DEFENDANT            )
8601 SCOTTSDALE ROAD – SUITE 300              )
                     STREET ADDRESS           )
SCOTTSDALE           AZ          85253 )
CITY                 STATE   ZIP CODE  )
                     800-774-2755             )
                     TELEPHONE                )

I, _Danny Senn – Senn Freight_____ , the plaintiff in this civil action do make the following claims:

1.  I believe that the defendant, _Southwest Marine and General Insurance Company_ does business in S. C. , including  Newberry County, and is regulated by the S.C. Department of Insurance, having jurisdiction in all counties. The plaintiff's contracted agreements were executed in Newberry, S.C., which is within Newberry County's magisterial jurisdiction.

2.  I make this complaint on the following:

                    See Attachment                                      .
_____ .
_____ .
_____ .
_____ .
_____ .

              (Attach supplement if necessary)

3.  I believe, because of the above information, that I am entitled to and do request a judgment for $ _6020_____ and / or other relief as below requested: _____ .
_____
_____

including and costs resulting in this action.

I state under penalty of perjury that the above is correct and truthful.

DATED: ___9-6-16_____                          _Senn Freight Lines, Inc._
                                                 _by Danny Senn_
                                                 Signature of Plaintiff

STATE OF SOUTH CAROLINA)           IN THE MAGISTRATE'S COURT

COUNTY OF NEWBERRY        )        COMPLAINT

Senn Freight Lines, Inc

     Plaintiff

   vs.

Southwest Marine and General Insurance Company

     Defendant

## ATTACHMENT TO COMPLAINT

1. In May 2016, Senn Freight Lines, Inc. agreed to haul four loads of cargo from various origin points to various destinations. The loads were tendered by a freight broker identified as Joe Tex, Inc.. Senn agreed to handle the loads for $5950.00 and received signed confirmation sheets in its Newberry, SC office from the freight broker.

2. Senn extended credit on the $5950.00 freight charges primarily because the freight broker produced evidence it maintained a $75,000 surety bond, which is required by Federal regulation to engage in freight broker activity - Senn verified the existence of the surety bond and proper filing with the FMCSA in Washington, DC before hauling the load.

3. The freight broker failed to pay the $5950.00. After failing to obtain the $5950.00 debt from the broker, Senn filed a formal claim against the surety bond on 8-26-16. This bond is maintained by Southwest Marine and General Insurance Company, headquartered in Scottsdale, AZ, and is listed as bond #13471.

4. The surety bond is a standard document, written on Federal Form BMC-84, and not subject to interpretation or rejection by the surety, in this case, Southwest Marine and General Insurance Company. The sole purpose in the surety bond is to insure the carrier is paid for its freight charges upon default by the freight broker. The bond language requires the surety to pay the carrier.

5. Southwest Marine and General Insurance Company has failed to pay the $5950.00 claim despite Senn's repeated demands and repeated production of documents and letters. Southwest Marine and General Insurance Company has breached the provisions required in the bond, is acting in bad faith and has cost Senn additional expenses in producing voluminous documentation, repeatedly, to support the bond claim it continues to refuse to pay. This breach of the bond provision violates several sections of Title 38 - Insurance of the S.C. Code of Laws, entitling Senn to punitive damages.

6. Southwest Marine has operations in S.C. and the surety bond is a public document, effective in all 48 states including S.C. Further, the load confirmations for the broker for the unpaid debt of $5950.00, were obtained by Senn personnel in Senn's headquarters in Newberry, S.C.

WITH JURISDICTION ESTABLISHED IN NEWBERRY, S.C.

7.  Senn outlines its damages as follows:

    1)  Unpaid claim amount                  $   5950.00

    2)  Interest accrued                          275.00

                     Total Damages          $   6225.00

Wherefore, the plaintiff believes, because of the above information, that it is entitled to and do request a judgment for $6225.00, plus the costs resulting in this action.

9-6-16
Dated

Signature of Plaintiff

**EXHIBITS ATTACHED**

Exhibit # 1................Invoices and load confirmations for $5950

Exhibit # 2................................Surety Bond, form BMC-84

State of South Carolina    :.                    IN MAGISTRATE'S COURT
County of Newberry

**Authorization for**
**Non-Lawyer Representation**
To be filed with initial pleading

I the undersigned, as ___President___ of ___Senn Freight Lines, Inc.___
                      (Relationship to Business)              (Name of Business)

authorize ___Danny Senn___ who is (Office) Employee-Agent
          (Name of Representative)                      (Circle One)

as a non-lawyer to represent this business in civil actions for Magistrate's Court in Newberry
COUNTY, South Carolina. I acknowledge that the business is legally bound by all actions
Undertaken by the representative during the course of the representation, as well as to any
Judgment of the Court obtained there from. I further acknowledge that it is my responsibility to
Notify the Court of any change in this status of this authorization.

SWORN to and subscribed
Before me, this 5th day of                      Signature ___Danny Senn___
___July___, 20_16_
                                                Name (Printed) ___Danny Senn___
Notary Public for South Carolina
My commission Expires: _2-22-2013_              Business Name and Address ___Senn Freight Lines Inc.___
                                                ___P.O. Box 1191___

If an Agent, explain nature of relationship: ___Newberry, S.C. 29108___
If Eviction action, Real Estate License # _____

NOTE: Please refer to SC Code of Laws, 1976 as amended, 40-5-10 to 380, 33-1-103, and appropriate
SC Supreme Court Orders. The practice of law in SC without a license or an exemption is a crime.

Any person bringing or defending a civil action in the Newberry County Magistrate's Court system who
is representing another person or business entity must file with each Magistrate's Court an authorization
for non-lawyer representation. The forms are available at the various Magistrates' Courts.

Non-attorney practicing law without authorization or exemption may be referred to the SC Attorney
General's Office, SC Supreme Court or other appropriate authority for investigation.

Examples would include: 1) Persons preparing actions and/or filing actions and/or Appearing to
represent any business entity upon a Summons and Complaint or Claim and Delivery action;
2) Persons appearing to represent individual or business entity landlords (see Landlord/Tenant and Real
Estate Acts for exemptions and requirements); and 3) Persons filing for Public Sales for repaired or
stored items under section 29-15-10 and sequence.

General Exemptions: Persons representing themselves and a Proprietorship (the owner). There are no
exemptions for Partnerships (General; Limited Liability) or Corporations (LLC, PA, PC, Non Profit
Corporation) or a Statutory Close Corporation.

# Invoice

**SENN FREIGHT LINES, INC.**

**P. O. BOX 1191**
**NEWBERRY, SC 29108**

| Date | Invoice # |
|------|-----------|
| 5/16/2016 | 1604107 |

| Bill To |
|---------|
| JOE TEX, INC. |
| email:  joetex@joetexusa.com |

| Ship To |
|---------|
| HOPE, AR |

| P.O. Number | Terms | Ship | Ship Via | F.O.B. |
|-------------|-------|------|----------|--------|
| 266411 | 15 DAYS | 5/2/2016 | 312 | 1601 |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | FLAT1 | FLAT RATE AS SHOWN | 1,700.00 | 1,700.00 |
| | | PICKUP:  PHOENIX, AZ | | |

18% APR (1.5% MONTHLY) ON ALL PAST DUE INVOICES. BROKERS ARE SUBJECT TO AUTOMATIC BOND/TRUST FILING WITHOUT NOTICE AFTER 30 DAYS. NON-PAYMENT WITHIN 45 DAYS WILL RESULT IN REBILLING SHIPPER OR CONSIGNEE.

| | Total | $1,700.00 |
|--|-------|-----------|

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|--|--|
| 803-321-1611 | 803-276-2865 | acct@sennfreightlines.com | Payments/Credits | $0.00 |
| | | | **Balance Due** | $1,700.00 |

JOE TEX INC.

RATE CONFIRMATION

Pro # 266411
05/02/16
15:03:56



From : WENDYE MORELAND
(903) 270-6266
(903) 422-3098 (c)
(903) 303-5493 fax

To  : SENN FREIGHT LINES I        (803) 321-1611                MC # 175265
Att : JEREMY                      (803) 321-1887 fax

DESCRIPTION : COILS                        TRAILER #    :
PIECES     :                               DRIVER       :
WEIGHT     : 45000                         DRIVER CELL  :

                                           SIZE & TYPE  :      ' FLATBED W/ TARPS

                        ──────────[ PICKS & STOPS ]──────────
                            CITY,STATE          APPT DATE & TIME
P                       PHOENIX AZ              05/03/16
S                       HOPE AR

LINE HAUL RATE  1700.00                ──────[ DISPATCH NOTES ]──────
                                       ** DECLARED VALUE $100000.00
                       FLATBED W/ TARPS            NEED COIL RACKS AND DUNNAGE
                       CARRIER NEEDS WORKMANS COMP LOAD 5/3 BY 3PM  DEL ASAP
                       DRIVER CALL WENDYE FOR DISPATCH @  903-270-6266

TOTAL RATE   $  1700.00

*PLEASE SIGN AND EMAIL OR FAX this form back to your dispatcher at Joe Tex Inc.
imediately. The driver will not be dispatched to pick up the load until we have
this back,it is an extension of our contract. Carrier agrees to be responsible
for any fines or charge backs imposed upon Joe Tex Inc for service failures (IE
crane appointments, crew charges or rented equipment). Joe Tex Inc is not re
sponsible for overweight fines, it is the drivers responsibility to insure that
the vehicle is of legal weight. Additional charges (detention, layover, truck
ordered and not used (TORD) must be preapproved & in writing via a revised rate
confirmation from Joe Tex Inc.
Any changes to the routing of the load must be preapproved & in writing via a
revised rate confirmation from Joe Tex Inc. Directions provided by Joe Tex Inc
are for informational purpose only, it is the responsibility of the carrier to
verify legal routing or restrictions and to obtain permits and escorts for
travel as warranted by law. Carrier agrees that it is their responsibility to
ensure driver follows all state, local and federal regulations while transport
ing this shipment, and that it is solely responsible for any fines, penalties
or citations received as a result of operating its vehicle equipment and its
contents in any way that may be found to be in violation of any regulations,law
or ordinance.
·If this load is found to have been double brokered, this agreement will be void
and compensation for the load will be paid to the actual transporting carrier.
DRIVER MUST FAX, EMAIL OR TRANSFLO (JTEW) THE SIGNED BILL OF LADING WITHIN 24
HOURS AFTER DELIVERY OR A FINE OF $25.00  WILL BE CHARGED FOR EACH DAY.
A clear & legible, signed bill of lading (BOL) as proof of delivery having been
made, and signed rate confirmation must be returned to Joe Tex Inc before
·carrier payment will be processed. All paperwork can be faxed to 903-537-2070,*

*emailed to joetex@joetexusa.com or by sending by transflo to JTEW.*

Carrier Signature _____

Date ____ / ____ / ____
SEND CARRIER BILLS TO ----------->>>
Pro # 266411  MUST BE ON YOUR INVOICE

```
JOE TEX INC.
619 WEST RUTHERFORD

MT VERNON TX 75457
```

# SENN FREIGHT LINES, INC.

Terminal Paid Sheet No. _____    Contractor Paid Sheet No. _____

Work Order No. 100407

Driver to call Central Dispatch For Work Order No.
Failure to do so will be considered illegal movement by the Driver.

Terminal No. _____

TRAILER No. 1601
Driver Loaded DAVID
TRUCK No. 312
& Pulled To Hope, AR    City _____    Miles _____
Truck No. Delivered 312    Miles _____

DELIVERED TO (Consignee) New Mill Work

DATE LOADED 5-3-16

SHIPPER New McMinnN    SHIPPER'S No. _____

PICK UP POINT Phoenix AZ

DELIVERY POINT Hope AR

Rate Base No. E
or MILES L

WAYBILL DATES, NUMBERS AND POINTS OF TRANSFER OF ALL PREVIOUS CARRIERS, (I.C.C. RULING)

INTERLINE Cost. _____    TARIFF No. _____    ITEM No. _____

| NO. PKG. | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 2 | New Mill Work | | | |
| | NO SHORTAGES OR DAMAGES WILL BE ALLOWED UNLESS WE ARE NOTIFIED BEFORE DRIVER LEAVES DELIVERY POINT. | | | |
| | SENN SAFETY DEPT. (803) 321-1611 | | | |

OPERATOR DOUBLE CHECK YOUR WT.

FREIGHT CHARGES TO BE PAID BY:
☐ SHIPPER
☐ CONSIGNEE
☐ SEE SHIPPING ORDER
☐ OTHER

FOR OFFICE ONLY

Billing Date _____ / _____ / _____
Rules & regulations of the Interstate Commerce Commission requires that Freight Charges must be paid within Seven Days.

Claims must be noted on Face of Freight Bill at time of Acceptance.

Received the above property in good condition except as noted.

FIRM _____    BY _____

Date Delivered _____

Driver Delivered _____

White - Company File Copy    Yellow - Freight Charge to be paid from this copy    Pink - Driver Copy    Gold - Consignee Copy

The carrier agrees to transport the goods described below in accordance with the terms and provisions of the Carrier Agreement in place between the carrier and the shipper (which terms are incorporated herein) and in accordance with all applicable laws, rules, and ordinances.

**NEW MILLENNIUM**
BUILDING SYSTEMS

8200 WOOLERY WAY
FALLON, NEVADA 89406
TEL (775) 867-2130

Bill of Lading No. ⑦

5-3-16

REFER TO THIS NO. WHEN REMITTING

SOLD TO: *New mill Hope*

SHIP TO: *New mill Hope*
*3565 highway 32 N.*
*Hope, AR 71801*
*870-722-4100*

| DATE | DELIVERY DATE | DELIVERY TIME | JOB NUMBER | SHIPPER | TRAILER NUMBER |
|------|---------------|---------------|------------|---------|----------------|
|      |               |               |            | *Jm*    |                |

REMARKS:

| PIECES | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT |
|--------|-------------------------------------------|--------|
| JOIST  | CUSTOMER SIGNATURE FOR ACCESSORIES        |        |
|        | DESCRIPTION: _____                |        |
|        | LOCATION: _____                 |        |
|        | DRIVER SIGN: _____                 |        |
| BRIDGING | SITE SIGN: _____                |        |

## DRIVER COPY

*5/3/16*

~~DECK~~ *COILS*
*15M334607A - ᵂᵀ 28.400 - 31542780*     *Heat #*
*GLZR95 - ᵂᵀ 9882 -*

|  | GROSS WEIGHT: |
|--|---------------|
| RECEIVED ABOVE MATERIAL IN GOOD CONDITION | 5-3-16 |
| DRIVER SIGNATURE | DATE |
| CUSTOMER SIGNATURE | DATE |

WE APPRECIATE YOUR BUSINESS AND HOPE TO SERVE YOU AGAIN

White - Customer Copy    Yellow - Driver Copy    Pink - Finance Copy    Gold - Shipping Copy

# Invoice

**SENN FREIGHT LINES, INC.**

**P. O. BOX 1191**
**NEWBERRY, SC 29108**

| Date | Invoice # |
|------|-----------|
| 6/6/2016 | 1604870 |

| Bill To | Ship To |
|---------|---------|
| JOE TEX, INC.<br>email: joetex@joetexusa.com | CONOVER, NC |

| P.O. Number | Terms | Ship | Ship Via | F.O.B. |
|-------------|-------|------|----------|--------|
| 267655 | 15 DAYS | 5/25/2016 | 921 | 1660 |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | FLAT1 | FLAT RATE AS SHOWN<br><br>PICKUP: PUEBLO, CO | 1,700.00 | 1,700.00 |

18% APR (1.5% MONTHLY) ON ALL PAST DUE INVOICES. BROKERS ARE SUBJECT TO AUTOMATIC BOND/TRUST FILING WITHOUT NOTICE AFTER 30 DAYS. NON-PAYMENT WITHIN 45 DAYS WILL RESULT IN REBILLING SHIPPER OR CONSIGNEE!

| | |
|---|---|
| **Total** | $1,700.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,700.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 803-321-1611 | 803-276-2865 | acct@sennfreightlines.com |

JOE TEX INC.



**RATE CONFIRMATION**

Pro # 267655
05/24/16
12:25:15

From : PAM MCDANIEL
(903) 270-6238
(903) 975-4886 (c)
(903) 326-0267 fax

To  : SENN FREIGHT LINES I      (803) 321-1611            MC # 175265
Att : MONICA                    (803) 321-1887 fax

DESCRIPTION : SLINKY COILS            TRAILER #  :
PIECES      : 10                      DRIVER     :
WEIGHT      : 46500                   DRIVER CELL :

SIZE & TYPE :  48 ' FLATBED W/ TARPS

[ PICKS & STOPS ]

| | CITY,STATE | APPT DATE & TIME |
|---|---|---|
| P | PUEBLO CO | 05/25/16 |
| S | CONOVER NC | |

[ DISPATCH NOTES ]

536920

LINE HAUL RATE  1500.00   | FLATBED W/4' TARPS          ID AS JOETEX TRUCK
FUEL SURCHARGE   200.00   | BY 3PM  DELIVER ASAP        PRECALL FOR DELIVERY
                         |
                         | DRIVER TO CALL PAM FOR DISPATCH 903-270-6238
                         |
TOTAL RATE   $  1700.00

MUST HAVE EMPTY AND LOADED SCALE TICKETS

*PLEASE SIGN AND EMAIL OR FAX this form back to your dispatcher at Joe Tex Inc. imediately. The driver will not be dispatched to pick up the load until we have this back,it is an extension of our contract. Carrier agrees to be responsible for any fines or charge backs imposed upon Joe Tex Inc for service failures (IE crane appointments, crew charges or rented equipment). Joe Tex Inc is not re sponsible for overweight fines, it is the drivers responsibility to insure that the vehicle is of legal weight. Additional charges (detention, layover, truck ordered and not used (TORD) must be preapproved & in writing via a revised rate confirmation from Joe Tex Inc.*

*Any changes to the routing of the load must be preapproved & in writing via a revised rate confirmation from Joe Tex Inc. Directions provided by Joe Tex Inc are for informational purpose only, it is the responsibility of the carrier to verify legal routing or restrictions and to obtain permits and escorts for travel as warranted by law. Carrier agrees that it is their responsibility to ensure driver follows all state, local and federal regulations while transport ing this shipment, and that it is solely responsible for any fines, penalties or citations received as a result of operating its vehicle equipment and its contents in any way that may be found to be in violation of any regulations,law or ordinance.*

*If this load is found to have been double brokered, this agreement will be void and compensation for the load will be paid to the actual transporting carrier. DRIVER MUST FAX, EMAIL OR TRANSFLO (JTEW) THE SIGNED BILL OF LADING WITHIN 24 HOURS AFTER DELIVERY OR A FINE OF $25.00 WILL BE CHARGED FOR EACH DAY.*

*A clear & legible, signed bill of lading (BOL) as proof of delivery having been made, and signed rate confirmation must be returned to Joe Tex Inc before*

carrier payment will be processed. All paperwork can be faxed to 903-537-2070, emailed to joetex@joetexusa.com or by sending by transflo to JTEW.

Carrier Signature _____

Date __5__ / __31__ / __16__

SEND CARRIER BILLS TO ------------>>>

Pro # 267655  MUST BE ON YOUR INVOICE

JOE TEX INC.
619 WEST RUTHERFORD

MT VERNON TX 75457

1100870

# SENN FREIGHT LINES, INC.

Terminal Paid Sheet No. _____    Contractor Paid Sheet No. _____

Work Order No. _____
Driver to call Central Dispatch For Work
Order No. _____
Failure to do so will be considered illegal movement by the Driver.

Terminal No. _____

TRAILER No. 1660
Driver Loaded Jovge Sanchez
TRUCK No. 921
& Pulled To Conovey  ne  City
Truck No. Delivered 921

____ Miles
____ Miles
____ Total

DATE LOADED _____

DELIVERED TO (Consignee)
Hs wire Technology 1115 Farrington ST  conovey  nc

SHIPPER'S No. _____

SHIPPER
Evraz 1617 E Abriendo Ave  Pueblo  colorado

DELIVERY POINT  conovey  nc
STREET ADDRESS
PICK UP POINT

WAYBILL DATES, NUMBERS AND POINTS OF TRANSFER OF ALL PREVIOUS CARRIERS, (I.C.C. RULING)

TARIFF No. _____

INTERLINE Cost _____

ITEM No. _____

| NO. PKG. | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| | | | | |

FREIGHT CHARGES
TO BE PAID BY:
☐ SHIPPER
☐ CONSIGNEE
☐ SEE SHIPPING ORDER
☐ OTHER

Rate ____ E
Base No. ____ E
or MILES ____ L

NO SHORTAGES OR DAMAGES
WILL BE ALLOWED UNLESS
WE ARE NOTIFIED
BEFORE DRIVER LEAVES
DELIVERY POINT.

OPERATOR DOUBLE
CHECK YOUR WT.

SENN SAFETY DEPT. (803) 321-1611

Claims must be noted on Face of Freight Bill at time of Acceptance.

FOR OFFICE ONLY
Billing Date  /  /
Rules & Regulations of the Interstate Commerce Commission requires that Freight Charges must be paid within Seven Days.

Received the above property in good condition except as noted.

FIRM _____

BY _____

Date Delivered  5/31/16
Driver Delivered  Jorge Sanchez

Date Delivered  5/31/16

White - Company File Copy     Yellow - Freight Charge to be paid from this copy     Pink - Driver Copy     Gold - Consignee Copy

# EVRAZ
**Evraz Rocky Mountain Steel**
1612 East Abriendo Avenue
Pueblo, Colorado 81004

## SHIPPING MANIFEST
## BILL OF LADING

LD # 267655  Page 1 of 2

**Bill of Lading#: 681351**

**Ship Date: 25-MAY-16**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at the time, interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification of tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. Material as covered by this B/L has been placed on the truck specifically under driver's instructions and must be protected from weather in transit.

| Bill To: | Ship To: |
|---|---|
| HICKORY SPRINGS MANUFACTURING COMPANY<br>PO BOX 819<br>HICKORY, NC 28603-0819 | HICKORY SPRINGS MANUFACTURING COMPANY<br>HS WIRE TECHNOLOGY<br>1115 FARRINGTON ST<br>Phone:  828-328-2201<br>CONOVER, NC 28613<br>ATTN: KAY HARWELL |

| CARRIER | SALES PERSON | TERMS | | |
|---|---|---|---|---|
| JOE TEX INC | STEPHEN JUREWICZ | 1% 10 Net 30 | | |
| **TRANS**<br>ROD | **CUSTOMER NO**<br>100517 | **DATE**<br>25-MAY-16 | **SHIPPER'S BOL NO**<br>681351 | **CUST.ORD.DATE**<br>22-APR-16 |
| **CUSTOMER ORDER#**<br>742643 | **DATE ENTERED**<br>22-APR-16 | **RM STEEL ORDER #**<br>1437252 | **FAX NO** | **BATCH NO**<br>3203523 |
| **R.S.D.**<br>22-APR-16 | **ROUTE**<br>TRUCK LOAD | **FREIGHT TERMS**<br>Prepaid | **SHIP MODE**<br>T/L | **MIN WEIGHT**<br>47000 |
| **TOTAL ITEMS**<br>1 | **PAGE**<br>1 | **FOB**<br>MILL | **LOAD NO**<br>3197427 | **DATE SHIPPED**<br>25-MAY-16 | **TOTAL WEIGHT**<br>45,622.0000 |

| ITEM | DESCRIPTION & SPECIFICATION | QTY(SO UOM) | WEIGHT(LBS) |
|---|---|---|---|
| 1 | 77188383 9/32" (.281), TC6570, 4600 LBS APPROX,<br>HIGH CARBON ROD<br><br>Container : SENN 408<br>UOM/Qty   : 10<br>Heat #    : 586936 | 45,622.0000 LB | 45,622.0000 |

Must be suitable for mechanical descale.

Part # 369365

*JAKE D. Shehan Jr*
05/31/16

TARP REQUIRED

This shipment is correctly described. Correct weight is shown here on 1n column provided for the purpose.
Subject to verification of the governing weighing and in section bureau according to agreement.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is a "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| | C.O.D. |
|---|---|
| The freight is from _____ to _____ is _____ in cents per 100 lbs. | Amount $ |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment
is to be delivered to the consignee without recourse on the consignor, or the
consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges.

| Carrier Signature | Shipping Signature | Consignor Signature | Agent |
|---|---|---|---|
| | | | |

# EVRAZ

**Evraz Rocky Mountain Steel**
1612 East Abriendo Avenue
Pueblo, Colorado 81004

## SHIPPING MANIFEST
## BILL OF LADING

Bill of Lading# : 681351

**Ship Date: 25-MAY-16**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation of possession of the property under the contract), agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at the time, interested in all or any of said property, that every service to be performed hereunder shall be subject to all terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification of tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. Material as covered by this B/L has been placed on the truck specifically under driver's instructions and must be protected from weather in transit.

| Bill To: | Ship To: |
|---|---|
| HICKORY SPRINGS MANUFACTURING COMPANY | HICKORY SPRINGS MANUFACTURING COMPANY |
| PO BOX 819 | HS WIRE TECHNOLOGY |
| HICKORY, NC 28603-0819 | 1115 FARRINGTON ST |
| | Phone:  828-328-2201 |
| | CONOVER, NC 28613 |
| | ATTN: KAY HARWELL |

| CARRIER | SALES PERSON | TERMS | | |
|---|---|---|---|---|
| JOE TEX INC | STEPHEN JUREWICZ | 1% 10 Net 30 | | |
| **TRANS** | **CUSTOMER NO** | **DATE** | **SHIPPER'S BOL NO** | **CUST.ORD.DATE** |
| ROD | 100517 | 25-MAY-16 | 681351 | 22-APR-16 |
| **CUSTOMER ORDER#** | **DATE ENTERED** | **RM STEEL ORDER #** | **FAX NO** | **BATCH NO** |
| 742643 | 22-APR-16 | 1437252 | | 3203523 |
| **R.S.D.** | **ROUTE** | **FREIGHT TERMS** | **SHIP MODE** | **MIN WEIGHT** |
| 22-APR-16 | TRUCK LOAD | Prepaid | T/L | 47000 |
| **TOTAL ITEMS** | **PAGE** | **FOB** | **LOAD NO** | **DATE SHIPPED** | **TOTAL WEIGHT** |
| 1 | 2 | MILL | 3197427 | 25-MAY-16 | 45,622.0000 |

| ITEM | DESCRIPTION & SPECIFICATION | QTY(SO UOM) | WEIGHT(LBS) |
|---|---|---|---|
| E-MAIL SHIPPING PAPERS TO BKHARWELL@HICKORYSPRINGS.COM, JHSmyre@HickorySprings.com | | | |

This shipment is correctly described. Correct weight is shown here on in column provided for the purpose.
Subject to verification of the governing weighing and in section bureau according to agreement.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is a "carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

The freight is from _____ to _____ is _____ in cents per 100 lbs.

**C.O.D.**
Amount $_____

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| Carrier Signature | Shipping Signature | Consignor Signature | Agent |
|---|---|---|---|
| | | | |

# Invoice

**SENN FREIGHT LINES, INC.**

**P. O. BOX 1191**
**NEWBERRY, SC 29108**

| Date | Invoice # |
|------|-----------|
| 6/3/2016 | 1605062 |

| Bill To |
|---------|
| JOE TEX, INC. |
| email: joetex@joetexusa.com |

| Ship To |
|---------|
| SPARTANBURG, SC |

| P.O. Number | Terms | Ship | Ship Via | F.O.B. |
|-------------|-------|------|----------|--------|
| 267988 | 15 DAYS | 5/31/2016 | 306 | 1649 |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | FLAT1 | FLAT RATE AS SHOWN | 1,600.00 | 1,600.00 |
| | | PICKUP: PARIS, TX | | |

18% APR (1.5% MONTHLY) ON ALL PAST DUE INVOICES! BROKERS ARE SUBJECT TO AUTOMATIC BOND/TRUST FILING WITHOUT NOTICE AFTER 30 DAYS! NON-PAYMENT WITHIN 45 DAYS WILL RESULT IN REBILLING SHIPPER OR CONSIGNEE!

| Total | $1,600.00 |
|-------|-----------|

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|---|---|
| 803-321-1611 | 803-276-2865 | acct@sennfreightlines.com | Payments/Credits | $0.00 |
| | | | **Balance Due** | $1,600.00 |

From Aljex Software      Tue 31 May 2016 10:35:55 AM EDT      Page 1 of 2

JOE TEX INC.

**RATE CONFIRMATION**

Pro # 267988
05/31/16
10:35:47



From : MARK HOSTERMAN
(903) 270-6265 x 204
(903) 563-3674 (c)
(903) 537-2070 fax

| To : SENN FREIGHT LINES I | (803) 321-1611 | MC # 175265 |
| Att : JEREMY | (803) 321-1887 fax | |

DESCRIPTION : GLASS BEADS          TRAILER #   :
PIECES   :                       DRIVER    :
WEIGHT   : 45000            DRIVER CELL :

SIZE & TYPE :  48 ' FLATBED W/ TARPS

| | PICKS & STOPS | APPT DATE & TIME |
| P | PARIS TX | 05/31/16 |
| S | SPARTANBURG SC | |

[ DISPATCH NOTES ]

536920

LINE HAUL RATE  1450.00
FUEL SURCHARGE   150.00  FLATBED W/ TARPS

TOTAL RATE   $  1600.00

*PLEASE SIGN AND EMAIL OR FAX this form back to your dispatcher at Joe Tex Inc. imediately. The driver will not be dispatched to pick up the load until we have this back, it is an extension of our contract. Carrier agrees to be responsible for any fines or charge backs imposed upon Joe Tex Inc for service failures (IE crane appointments, crew charges or rented equipment). Joe Tex Inc is not re sponsible for overweight fines, it is the drivers responsibility to insure that the vehicle is of legal weight. Additional charges (detention, layover, truck ordered and not used (TORD) must be preapproved & in writing via a revised rate confirmation from Joe Tex Inc.*
*Any changes to the routing of the load must be preapproved & in writing via a revised rate confirmation from Joe Tex Inc. Directions provided by Joe Tex Inc are for informational purpose only, it is the responsibility of the carrier to verify legal routing or restrictions and to obtain permits and escorts for travel as warranted by law. Carrier agrees that it is their responsibility to ensure driver follows all state, local and federal regulations while transport ing this shipment, and that it is solely responsible for any fines, penalties or citations received as a result of operating its vehicle equipment and its contents in any way that may be found to be in violation of any regulations, law or ordinance.*
*If this load is found to have been double brokered, this agreement will be void and compensation for the load will be paid to the actual transporting carrier. DRIVER MUST FAX, EMAIL OR TRANSFLO (JTEW) THE SIGNED BILL OF LADING WITHIN 24 HOURS AFTER DELIVERY OR A FINE OF $25.00 WILL BE CHARGED FOR EACH DAY. A clear & legible, signed bill of lading (BOL) as proof of delivery having been made, and signed rate confirmation must be returned to Joe Tex Inc before carrier payment will be processed. All paperwork can be faxed to 903-537-2070,*

*emailed to joetex@joetexusa.com or by sending by transflo to JTEW.*

Carrier Signature _____

Date 5 / 31 / 06
SEND CARRIER BILLS TO ---------->>>
Pro # 267988   MUST BE ON YOUR INVOICE

JOE TEX INC.
619 WEST RUTHERFORD

MT VERNON TX 75457

# SENN FREIGHT LINES, INC.

Terminal Paid Sheet No. _____    Contractor Paid Sheet No. _____

Work Order No. _____
Driver to call Central Dispatch For Work Order No.
Failure to do so will be considered illegal movement by the Driver.

Terminal No. _____

TRAILER No. 1649
Driver Loaded K. Fletcher
TRUCK No. 306
& Pulled To Spartanburg SC City
Truck No. Delivered 306 Miles _____
Total _____ Miles

DELIVERED TO (Consignee) Southern Shades
STREET ADDRESS Rogers Rd
DELIVERY POINT Stolts Farmer

SHIPPER Pacific Ind.
PICK UP POINT Rogers Rd

DATE LOADED _____
SHIPPER'S No. _____

WAYBILL DATES, NUMBERS AND POINTS OF TRANSFER OF ALL PREVIOUS CARRIERS, (I.C.C. RULING)

INTERLINE Cost

| NO. PKG. | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 20 | Pall ets NO SHORTAGES OR DAMAGES WILL BE ALLOWED UNLESS WE ARE NOTIFIED BEFORE DRIVER LEAVES DELIVERY POINT. | | | |

TARIFF No. _____    ITEM No. _____

OPERATOR DOUBLE CHECK YOUR WT.

SENN SAFETY DEPT. (803) 321-1611

Claims must be noted on Face of Freight Bill at time of Acceptance.

Received the above property in good condition except as noted.

FIRM _____ BY _____

FREIGHT CHARGES TO BE PAID BY:
☐ SHIPPER
☐ CONSIGNEE
☐ SEE SHIPPING ORDER
☐ OTHER

Rate Base No. ___ E
or MILES ___

FOR OFFICE ONLY
Billing Date __ / __ / __
Rules & regulations of the Interstate Commerce Commission requires that Freight Charges must be paid within Seven Days.

Date Delivered __/__/__
Driver Delivered K. Fletcher

White - Company File Copy    Yellow - Freight Charge to be paid from this copy    Pink - Driver Copy    Gold - Consignee Copy

## STRAIGHT BILL OF LADING - SHORT FORM Original Not Negotiable

| | | | |
|---|---|---|---|
| | | B/L Number: | 81223221 |
| FROM:<br>**Potters Industries LLC** | Loading point:<br>Shipping Point: 527 | Ship Date: | 05/31/2016 |
| | | CUSTOMER PO NUMBER: | DISTRICT 3 BOND |
| | Paris, TX | Order # | 1146586 |

Consigned to:
DAYS INN
SOUTHERN STATES PAVEMENT MA
115 ROGERS COMMERCE BLVD
SPARTANBURG SC  29316

The property described below, in apparent good order, except as noted (contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Potters Industries LLC**

Prepaid/Collect:
Prepaid Freight

**Prepaid Freight** bill to be remitted to:

POTTERS INDUSTRIES
C/O WILLIAMS AND ASSOCIATES
405 EAST 78TH STREET
BLOOMINGTON MN 55420-1251

RECEIVED, subject to the classification and tariffs in effect on the date of issue of this Bill of Lading

**Routing:** jtew

| Item | Quantity or Net Weight | HM | Gross Weight | Description/Material Number |
|---|---|---|---|---|
| | | | Delivery date: 06/03/2016<br>Friday | |
| 000010 | 44,000.000  LB | | 44,088.000  LB | SC E16 (TYPE 4 ) AC35 80% TW 2200 DM<br>616858              *P.O. Rel #* 2<br>LOT PA-H-042516-16<br>RACK 01-20 |
| *Pallets:* 00020<br>*Pallets Weight:* 01200<br>*Lading Weight* | | | 45,288.000  LB | |

FLATBED SIDE-LOADED AND TARPED.
CONTACT: MR. ALLEN JOHNSON
904-616-6474

| Vehicle ID #: | Seal NOS: |
|---|---|
| *THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.*<br><br>Per:<br>(Signature of Shipper)<br>Address of Shipper: US<br>Potters Industries LLC<br>1601 19th Street<br>Paris TX  75460<br>903-785-1633 | *If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carrier's or shipper's weight."<br>The released value of the within described property is hereby specifically stated by the shipper to be not exceeding the restricted or limited valuation and subject to the terms and conditions as stated in the tariff or classification which results in the lowest transportation charges on the date of shipment.*<br><br>Per:                           Date: 5/3/16<br>(Signature of Agent/Driver)<br><br>Per:<br>(Signature of Shipper) |

# Invoice

**SENN FREIGHT LINES, INC.**

**P. O. BOX 1191**
**NEWBERRY, SC 29108**

| Date | Invoice # |
|------|-----------|
| 5/24/2016 | 1604355 |

| Bill To |
|---------|
| JOE TEX, INC.<br>email:  joetex@joetexusa.com |

| Ship To |
|---------|
| SIMPSONVILLE, SC |

| P.O. Number | Terms | Ship | Ship Via | F.O.B. |
|-------------|-------|------|----------|--------|
| 266992 | 15 DAYS | 5/11/2016 | 507 | 1649 |

| Quantity | Item | Description | Rate | Amount |
|----------|------|-------------|------|--------|
|  | FLAT1 | FLAT RATE AS SHOWN<br><br>PICKUP:  MECHANICSVILLE, MD<br><br>DAVE WALKER | 950.00 | 950.00 |

18% APR (1.5% MONTHLY) ON ALL PAST DUE INVOICES! BROKERS ARE SUBJECT TO AUTOMATIC BOND/TRUST FILING WITHOUT NOTICE AFTER 30 DAYS. NON-PAYMENT WITHIN 45 DAYS WILL RESULT IN REBILLING SHIPPER OR CONSIGNEE!

| **Total** | $950.00 |
|-----------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 803-321-1611 | 803-276-2865 | acct@sennfreightlines.com |

| **Payments/Credits** | $0.00 |
|----------------------|-------|
| **Balance Due** | $950.00 |

From Aljex Software.                        Tue 10 May 2016 11:06:46 AM EDT                  Page 1 of 2

JOE TEX INC.                                                        Pro # 266992
                                    RATE CONFIRMATION                05/10/16
                                                                    11:06:33



                                        From : WENDYE MORELAND
                                        (903) 270-6266
                                        (903) 422-3098 (c)
                                        (903) 303-5493 fax

To  : SENN FREIGHT LINES I      (803) 321-1611                   MC # 175265
Att : MONICA                    (803) 321-1887 fax

DESCRIPTION : 12X4X40 BRIDGE MAT                TRAILER #  :
PIECES      : 4                                 DRIVER     :
WEIGHT      : 47500                             DRIVER CELL :

                                                SIZE & TYPE : 48 ' FLATBED


                            [   PICKS & STOPS   ]
                        CITY,STATE              APPT DATE & TIME
P                   MECHANICSVILLE MD            05/10/16
S                   SIMPSONVILLE SC
                                                    [ DISPATCH NOTES ]
LINE HAUL RATE   950.00                          ** DECLARED VALUE $50000.00
                    |FLATBED-MUST HAVE DUNNAGE & PPE.    MAKE SURE TRUCK IS LOADED WITH THE
                    |CORRECT SIZE/COUNT & GIVEN BOL TO   DELIVER WITH--DONT USE ANYTHING EL
                    |E & DONT WRITE SHIPPER'S NAME OR AD DRESS ON IT (BLIND SHIPMENT)
                    |LOAD 5/10 BY 330PM  DELIVER 5/11 AM
                    |DRIVER CALL WENDYE FOR DISPATCH @ 903-270-6266
TOTAL RATE    $   950.00

PLEASE SIGN AND EMAIL OR FAX this form back to your dispatcher at Joe Tex Inc.
imediately. The driver will not be dispatched to pick up the load until we have
this back,it is an extension of our contract. Carrier agrees to be responsible
for any fines or charge backs imposed upon Joe Tex Inc for service failures (IE
crane appointments, crew charges or rented equipment). Joe Tex Inc is not re
sponsible for overweight fines, it is the drivers responsibility to insure that
the vehicle is of legal weight. Additional charges (detention, layover, truck
ordered and not used (TORD) must be preapproved & in writing via a revised rate
confirmation from Joe Tex Inc.
Any changes to the routing of the load must be preapproved & in writing via a
revised rate confirmation from Joe Tex Inc. Directions provided by Joe Tex Inc
are for informational purpose only, it is the responsibility of the carrier to
verify legal routing or restrictions and to obtain permits and escorts for
travel as warranted by law. Carrier agrees that it is their responsibility to
ensure driver follows all state, local and federal regulations while transport
ing this shipment, and that it is solely responsible for any fines, penalties
or citations received as a result of operating its vehicle equipment and its
contents in any way that may be found to be in violation of any regulations,law
or ordinance.
If this load is found to have been double brokered, this agreement will be void
and compensation for the load will be paid to the actual transporting carrier.
DRIVER MUST FAX, EMAIL OR TRANSFLO (JTEW) THE SIGNED BILL OF LADING WITHIN 24
HOURS AFTER DELIVERY OR A FINE OF $25.00  WILL BE CHARGED FOR EACH DAY.
A clear & legible, signed bill of lading (BOL) as proof of delivery having been
made, and signed rate confirmation must be returned to Joe Tex Inc before
carrier payment will be processed. All paperwork can be faxed to 903-537-2070,

emailed to joetex@joetexusa.com or by sending by transflo to JTEW.

Carrier Signature _____

Date  5  /  10  /  16
SEND CARRIER BILLS TO ----------->>>
Pro # 266992  MUST BE ON YOUR INVOICE

JOE TEX INC.
619 WEST RUTHERFORD

MT VERNON TX 75457

Buckeye Mats

# BILL OF LADING

MOTOR CARRIER _Sruw_    TRUCK NO _Soy_

SHIP DATE _5 / 10 / 2016_    TRAILOR NO _16C19_

## DELIVERY INFO

| SHIP TO CITY / STATE | |
|---|---|
| Simpsonville, SC | 11162 |

## PRODUCT INFORMATION

| QTY | SIZE | ITEM DESCRIPTION |
|---|---|---|
| 4 | 12"X4'X40' | NEW HARDWOOD NOTCHED |
| | | |
| | | CUSTOMER PO# 110-ESC |
| | | |
| 4 | TOTAL MATS | |

SHIPPER SIGNATURE _Solomon a. Hyatt_    DATE _5-10-16_

DRIVER SIGNATURE _____    DATE _____

RECEIVER SIGNATURE _____    DATE _5-11-16_

According to the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number. It is estimated that an average of 10 minutes per response is required to complete this collection of information. This estimate includes time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to Federal Motor Carrier Safety Administration, 400 7th St. SW, Washington, DC 20590.

Form BMC-84

Approved by OMB
2126-0017
Expires
License No.
MC-

FILER FMCSA
ACCOUNT NO. _____

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 13906

KNOW ALL MEN BY THESE PRESENTS, That we _____

*(Name of Property Broker)*

of _____

*(Street)*          *(City)*          *(State)   (Zip code)*

as PRINCIPAL (hereinafter called Principal), and _____

*(Name of Surety)*

a corporation, or a Risk Retention Group established under the Liability Risk Retention Act of 1986, Pub. L. 99-563, created and existing under the laws of the State of _____ (hereinafter called Surety) are held and

*(State or District of Columbia)*

firmly bound unto the United States of America in the sum of $10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of Title 49 U.S.C. 13904, and the rules and regulations of the Federal Motor Carrier Safety Administration relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Federal Motor Carrier Safety Administration such a bond as will ensure financial responsibility and the supplying of transportation subject to the ICC Termination Act of 1995 in accordance with contracts, agreements, or arrangements therefore, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C. 13906(b), and the rules and regulations of the Federal Motor Carrier Safety Administration, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the ICC Termination Act of 1995 under license issued to the Principal by the Federal Motor Carrier Safety Administration, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Federal Motor Carrier Safety Administration forthwith of all suits filed, judgements rendered, and payments made by said Surety under this bond.

This bond is effective the _____ day of _____, _____, 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Federal Motor Carrier Safety Administration at its office in Washington, DC, such cancellation to become effective thirty (30) days after actual receipt of said notice by the FMCSA on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages herein before described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the FMCSA certifies that a Broker Surety Bond has been issued by the company identified above, and that such company is qualified to make this filing under Section 387.315 of Title 49 of the Code of Federal Regulations.

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C. 1001.

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the _____ day of _____, _____.

PRINCIPAL                                          SURETY

Name _____                                        Name _____
                                                   [SEAL]
Address _____                                     Address _____

Telephone No. (____) _____                        Telephone No. (____) _____

By _____                                          By _____
        (Signature and Title)                              (Signature and Title)

Witness _____                                     Witness _____