UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Senn Freight Lines, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 8:16-cv-03366-TMC-KFM |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| Southwest Marine and General Insurance Company, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action against Defendant with prejudice. Defendant has not filed an Answer and its consent is not required.

                                                Respectfully submitted,
                                                POPE AND HUDGENS, P.A.

                             By:    /s/ W. Chad Jenkins
                                        W. Chad Jenkins, Esquire
                                        Fed. ID#: 7708
                                        cjenkins@popeandhudgens.com
                                        1508 College Street
                                        Post Office Box 190
                                        Newberry, SC  29108
                                        803.276.2532

                                        ATTORNEYS FOR PLAINTIFF

October 18, 2016